## ATTACHMENT A

I, Kennedy Sanders, being duly sworn, depose and state that:

I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) for approximately two years. I am a graduate of the ATF National Academy Special Agent Basic Training and the Federal Law Enforcement Training Center Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws pertaining to Federal firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Samuel Aaron GRIFFITH (DOB: 08/20/1990) for one (1) violation of Title 18, United States Code, Section 922(g)(1), Possession of a firearm and/or ammunition by a convicted felon and one (1) violation of Title 21, United States Code, Section 841(a)(1)(a), Distribution and Possession with Intent to Distribute Controlled Substances. The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On October 30, 2025, at 05:21 PM, your affiant observed an ATF Undercover Agent (hereinafter referred to as UC-1) conduct a pre-arranged narcotics transaction with Samuel GRIFFITH (hereinafter referred to as GRIFFITH) for two ounces of fentanyl. UC-1 is a tenured special agent with the ATF and has been since approximately 2018. UC-1 is a member of the ATF Enhanced Undercover Program since 2023 and has since conducted controlled purchases of many drugs and firearms, resulting in the successful arrest and prosecution of criminals in and around the State of Ohio.

3. Specifically, your affiant oversaw UC-1 conduct a pre-arranged purchase of drugs from Samuel GRIFFITH (D.O.B. 8/20/1990, SSN: 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, hereinafter referred to as GRIFFITH) at Room 128 of the Red Roof Inn, located at 5001 Renner Rd, Columbus, OH 43228 (hereinafter referred to as Room 128). UC-1 was in communication with GRIFFITH over text messages for the purpose of arranging purchase of two (2) ounces of fentanyl for the price of $2,000 throughout the entire day of October 30, 2025. At approximately 5:18 PM, UC-1 arrived at Room 128 and knocked. GRIFFITH invited UC-1 into Room 128. At this time, GRIFFITH was in possession of a black handgun with an extended magazine, tucked into his right pants pocket. GRIFFITH walked UC-1 into the hotel room, where UC-1 saw two other white males. GRIFFITH walked UC-1 to the kitchen counter, where UC-1 observed the following: approximately 2/3 of one kilogram of a pressed, white powder (later stated by GRIFFITH to be cocaine); approximately 2 pounds of a clear, crystalline substance (later stated by GRIFFITH to be methamphetamine), and multiple other bags of unknown suspected drugs. UC-1 also observed four (4) handguns laid on the shelf of a T.V. stand nearby.

4. At this point, GRIFFITH conducted the sale of an approximately two-ounce bag of a gray, compressed powder to UC-1, totaling approximately 50.89 grams. GRIFFITH stated to UC-1 that this powder is

fentanyl, and the powder was consistent with what UC-1 and your affiant know through training, experience, and knowledge of drug trafficking cases to be fentanyl. GRIFFITH also bagged up approximately 1.95 grams of white powder taken from the compressed kilogram of suspected cocaine and handed it to UC-1. GRIFFITH told UC-1 the suspected cocaine was a "sample" for him/her. GRIFFITH then told UC-1 that he would sell UC-1 firearms as well if UC-1 was interested. GRIFFITH then showed UC-1 a zip-pouch containing four (4) more handguns, unzipping the bag and showing the handguns. UC-1 was able to identify one of the firearms as a Smith & Wesson, Model M&P. GRIFFITH and UC-1 discussed prices, and GRIFFITH agreed to sell UC-1 two of the handguns later this same night for a price of $850. At approximately 05:27 PM, GRIFFITH and UC-1 concluded their deal and UC-1 left Room 128.

5. UC-1 brought the suspected narcotics to investigators, who tested them using the MX-908, a mobile mass spectrometer designed to field test trace amounts of narcotics. The large gray bag weighed approximately 51 grams, and yielded a presumptive positive test result for ANPP, a Schedule I illicit drug which is analogue of fentanyl, and Eutylone, a Schedule I illicit drug commonly known as bath salts. The second, smaller bag of white powder weighed approximately 1.95 grams, and yielded a presumptive positive test result for Cocaine, a Schedule I illicit drug.

6. Your affiant conducted research into GRIFFITH's criminal history using law enforcement databases. Your affiant discovered that GRIFFITH has been convicted of the following:

7. Franklin County Court of Common Pleas, Case # 09 CR-002339, for **Robbery (F2)**. GRIFFITH plead guilty to the offense on October 7, 2009.

8. Pickaway County Court of Common Pleas, Case # 2019 CR-0132, for **Aggravated Possession of Drugs (F3)**. GRIFFITH plead guilty to the offense on December 11, 2020.

9. Pickaway County Court of Common Pleas, Case # 2020 CR-0154, for **Having Weapons under Disability (WUD) (F3)**. GRIFFITH plead guilty to the offense on December 11, 2020.

10. Based on these felony convictions, your affiant determined GRIFFITH is designated as "prohibited" by Title 18, United States Code 922(g) from possessing firearms.

11. Due to the above listed fact pattern, reliable information provided by an experienced undercover agent with the ATF (another law enforcement officer), and GRIFFITH's criminal history, investigators obtained a state search warrant for the premises of 5001 Renner Rd, Room 128, Columbus, OH 43228, from the Franklin County Court of Common Pleas. The search warrant was signed by Franklin County Judge Zach Gwin at approximately 7:46 PM on October 30, 2025. A detective with the Columbus Division of Police Gang Unit swore to the affidavit.

12. On October 30, 2025, at approximately 9:07 PM, the Ohio State Highway Patrol Special Response Team as well as other law enforcement agencies executed the warrant at 5001 Renner Rd, Room 128, in Columbus, OH.

13. During a search of the premises, investigators located 18 firearm(s) in the room as well as large quantities (kilo-size) of suspected narcotics including what is believed to be fentanyl, cocaine, and methamphetamine.

14. Among the firearms(s) located in the hotel room, investigators located a Glock 45, 9mm handgun bearing serial number BPB531.

15. On October 31, 2025, an ATF SA reviewed the information on the above-mentioned firearm related to this investigation to determine the origin and status as to travel in interstate and/or foreign commerce. The ATF SA is an ATF Interstate Nexus Expert, is a graduate of the ATF Firearms Interstate Nexus Training School and is certified in making firearms and ammunition interstate nexus determinations. The ATF SA gave a verbal nexus determining that the Glock 45, 9mm caliber pistol, bearing serial number BPB531 was not manufactured in the state of Ohio, and therefore moved/affected interstate/foreign commerce to arrive in the state of Ohio.

16. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with Federal firearms violations, your affiant believes that probable cause exists to believe that on or around October 30, 2025, Samuel Aaron GRIFFITH, a previously convicted felon, did possess one or more firearm(s) which were not manufactured in the state of Ohio and therefore travelled in and/or affected interstate commerce, both violations of Title 18, United States Code, Section 922(g)(1). Your affiant also believes that probable cause exists to believe that on or around October 30, 2025 Samuel Aaron GRIFFITH did distribute or possess with the intention to distribute controlled substances, a violation of Title 21, United States Code, Section 841(a)(1)(a).

_____
Kennedy Sanders, ATF Special Agent

Sworn to before me and signed in my presence.

Date   October 31, 2025

Elizabeth A. Preston Deavers
United States Magistrate Judge